**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-2656**

---

GERALD F. FLENTJE,

Plaintiff - Appellant,

versus

ITO CORPORATION OF BALTIMORE; INTERNATIONAL
LONGSHOREMEN'S ASSOCIATION, AFL-CIO; LOCAL
953, INTERNATIONAL LONGSHOREMEN'S ASSOCIATION,
AFL-CIO,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-99-2062-WMN)

---

Submitted:  October 24, 2000          Decided:  November 15, 2000

---

Before NIEMEYER, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ransom J. Davis, LAW OFFICES OF RANSOM J. DAVIS, Baltimore,
Maryland, for Appellant.  Ernest L. Mathews, Elizabeth Alexander,
GLEASON & MATHEWS, P.C., New York, New York; James R. Rosenberg,
Paul D. Starr, ABATO, RUBENSTEIN & ABATO, P.A., Baltimore,
Maryland; Gil A. Abramson, HOGAN & HARTSON, L.L.P., Baltimore,
Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gerald F. Flentje appeals the district court's order dismissing his suit as barred by the statute of limitations.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Flentje v. ITO Corp., No. CA-99-2062-WMN (D. Md. Nov. 10, 1999).  Further, because Flentje did not timely request discovery and because his complaint did not support a tolling of the statute of limitations, we find that the district court did not err in failing to order discovery.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED